979 So.2d 336 (2008)
F.O., a juvenile, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D07-1869.
District Court of Appeal of Florida, Third District.
March 19, 2008.
Bennett H. Brummer, Public Defender, and Howard K. Blumberg, Assistant Public Defender, and Ely Gonzalez and Melissa Del Valle, Certified Legal Interns, for appellant.
Bill McCollum, Attorney General, and Ansley B. Peacock, Assistant Attorney General, for appellee.
Before COPE, WELLS, and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. Lynch v. State, 293 So.2d 44, 45 (Fla.1974); T.L.M. v. State, 755 So.2d 749, 751 (Fla. 4th DCA 2000); R.I. v. State, 561 So.2d 26 (Fla. 3d DCA 1990).